

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 11-27-BU-DWM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| ANGELLA LEANN PARKER, | |
| Defendant/Movant. | |

On July 23, 2012, Defendant/Movant Angella Parker ("Parker"), a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct her sentence, pursuant to 28 U.S.C. § 2255.

The motion is subject to preliminary review to determine whether "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b); *see also* Rule 4(b), Rules Governing Section 2255 Proceedings for the United States District Courts. Because Parker did not appeal, the transcripts of the proceedings in her case were not prepared. They are necessary to determine some of Parker's claims.

1

Accordingly, IT IS HEREBY ORDERED:

1. Pursuant to 28 U.S.C. § 753(f), the Court CERTIFIES that the following transcripts are required to decide the issues presented:

    (a) the change of plea hearing on November 30, 2011;

    (b) the detention hearing on February 1, 2012; and

    (c) the sentencing hearing on March 9, 2012.

2. The United States shall immediately order the transcripts of those hearings for the Court's file, with copies to be delivered to Angella Leann Parker # 11477-046, FPC Bryan, Federal Prison Camp, P.O. Box 2149, Bryan, TX 77805.

<u>Parker must immediately notify the Court of any change in her mailing address by filing a "Notice of Change of Address."</u> Failure to do so may result in dismissal of her motion without notice to her.

DATED this _22nd_ day of October, 2012.

Donald W. Molloy
United States District Court